IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF A MEMBER | § | |
| OF THE BAR OF THE SUPREME | § | |
| COURT OF THE STATE OF | § | |
| DELAWARE: | § | No. 443, 2015 |
| | § | |
| JEFFREY P. WASSERMAN, | § | |
| Petitioner. | § | |

Submitted: August 18, 2015
Decided: August 19, 2015

Before **STRINE**, Chief Justice; **HOLLAND**, and **SEITZ**, Justices.

## O R D E R

This 19th day of August 2015, upon receipt of sufficient evidence demonstrating that Jeffrey P. Wasserman, Esquire ("the Petitioner") is suffering from physical or mental health problems that adversely affect his ability to practice law, and without opposition from the Office of Disciplinary Counsel ("the ODC"), it is HEREBY ORDERED that:

(1)     The Petitioner, for good cause shown, is hereby immediately transferred to disability inactive status under Rule 19 of the Delaware Lawyers' Rules of Disciplinary Procedure.

(2)     The Petitioner shall not practice law in this State or in any other jurisdiction.

(3)     The Petitioner represents to the Court that Edward Ciconte, Esquire, a member in good standing of the Delaware Bar, is willing and

available to assume all of the Petitioner's client matters.  Thus, no receiver need be appointed.

(4)    Any disciplinary proceedings currently under investigation by the ODC are deferred pending further order of this Court.

(5)    This Order shall be made public.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice